IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Separation Engineers, Inc., | ) | Civil Action No. 4:12-cv-1713 |
| | ) | |
| Plaintiff | ) | JURY TRIAL DEMANDED |
| | ) | |
| vs. | ) | |
| | ) | |
| ConocoPhillips Company, | ) | |
| | ) | |
| Phillips 66 Company, and | ) | |
| | ) | |
| WRB Refining LP | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Separation Engineers, Inc. ("SEI") hereby dismisses, without prejudice, its complaint and first amended complaint against WRB Refining LP. WRB Refining LP has neither filed an answer to SEI's complaint or first amended complaint in this action nor filed a motion for summary judgment. Further, SEI has not previously dismissed any federal or state court action against WRB Refining LP based on or including the same claim(s) as set forth in its complaint and first amended complaint.

Dated: September 5, 2012                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Edward W. Goldstein
　　　　　　　　　　　　　　　　　　　 Edward W. Goldstein – Attorney-in-Charge
　　　　　　　　　　　　　　　　　　　 Texas Bar No. 08099500
　　　　　　　　　　　　　　　　　　　 Southern District of Texas Bar No. 586
　　　　　　　　　　　　　　　　　　　 Alisa A. Lipski
　　　　　　　　　　　　　　　　　　　 Texas Bar No. 24041345
　　　　　　　　　　　　　　　　　　　 Southern District of Texas Bar No. 570018

                                                                   GOLDSTEIN & LIPSKI, P.L.L.C.
1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1737
E-Mail: egoldstein@gliplaw.com
        alipski@gliplaw.com

*ATTORNEYS FOR PLAINTIFF*

OF COUNSEL

Gary J. Fischman
Texas Bar Number 00787469
Southern District of Texas Bar No.: 17126
Fischman & Lundwall P.L.L.C.
1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone: (832) 209-4206
Facsimile: (713) 877-1737
E-Mail: gfischman@FandLattorneys.com

*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 5, 2012. Any other counsel of record will be served by first class U.S. mail.

                                                       /s/ Edward W. Goldstein
                                                       Edward W. Goldstein