| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Separation Engineers, Inc., §
§
　　　　Plaintiff, §
§
versus §　　Civil Action H-12-1713
§
ConocoPhillips Company, et al., §
§
　　　　Defendants. §

## Opinion on Abandoned Claims

1.  Separation Engineers, Inc., has amended its complaint a second time, abandoning its claims for patent infringement and use-based injuries. ConocoPhillips Company moved for clarification on whether the abandoned claims were dismissed with prejudice.

2.  Because it abandoned the claims after the defendants had answered and moved for summary judgment, the claims will be dismissed with prejudice. The court is constrained to make this explicit because of Separation Engineers's many lawsuits.

Signed on December 12, 2012, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　United States District Judge